**UNITED STATES of America, Plaintiff—Appellee,**

v.

**John Dean POLUTNIK, Defendant— Appellant.**

No. 01–30327.

D.C. No. CR–00–00043–DWM.

United States Court of Appeals, Ninth Circuit.

Submitted July 8, 2002.*

Decided Nov. 26, 2002.

Before HALL, TASHIMA and RAWLINSON, Circuit Judges.

---

\* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

\*\* Honorable Louis H. Pollak, United States Senior District Court Judge for the Eastern District of Pennsylvania, sitting by designation.

\*\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

\* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

MEMORANDUM**

The district court's decision is AF-FIRMED for the reasons set forth in the case of *United States v. Malley*, 307 F.3d 1032, 1034 (9th Cir.2002).

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

